

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00455-CV

**IN RE THE CITY OF SAN ANTONIO, ACTING BY AND THROUGH THE CITY PUBLIC SERVICE BOARD OF SAN ANTONIO**

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

On July 14, 2025, relator filed this petition for writ of mandamus challenging respondent's June 12, 2025 order requiring it to pay the real party in interest $2,540 in attorneys' fees. This court has reviewed the petition, record, and applicable law and determined that relator is not entitled to mandamus relief. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on November 5, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CI04406, styled *Marlena Reann Calo-oy et al v. AT&T Inc. et al*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.